HAYS, Appellant, v. RAPLEE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Washington D. Hays against Ira A. Raplee. No opinion. Order affirmed, with costs. All concur, except WARD, J., not voting.

HELLRIEGEL et al., Appellants, v. CORSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Salome Hellriegel and another against George A. Corson. No opinion. Judgment and order affirmed, with costs. All concur, except WARD, J., not voting. See 48 N. Y. Supp. 419.

HENESSY v. GOLDBERG. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Clara A. Henessy against Emanuel T. Goldberg. No opinion. Motion granted, with $10 costs.

HENKE et al., Respondents, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by William H. Henke and another against the New York Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs.

HICKMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Joanna Hickman against the Nassau Electric Railroad Company. No opinion. Motion for reargument denied. See 56 N. Y. Supp. 751.

HINCKEL, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Frederick Hinckel against Jennie B. Stevens. No opinion. Motion denied.

HIRSCH, Respondent, v. FEIST, Appellant. (Supreme Court, Appellate Term. February 24, 1899.) Action by Morton L. Hirsch against Simon Feist. From a judgment for plaintiff, defendant appeals. Affirmed. Nathaniel Cohen, for appellant. George H. Bruce, for respondent.

PER CURIAM. Judgment affirmed, with costs to respondent.

In re HODGE. (Supreme Court, Appellate Division. Second Department. January 31, 1899.) In the matter of the application of Thomas R. Hodge for a mandamus to the board of county canvassers of Westchester county, etc. No opinion. Order reversed on argument, and proceedings remitted to the justice sitting at special term in Westchester county for a rehearing, with costs to abide the final award of costs.

In re HOGGATT. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) In the matter of the application for admission to the bar of Volney T. Hoggatt. No opinion. Application denied. See 53 N. Y. Supp. 1105.

HOLMES, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Ruth Holmes against Frank Jones. No opinion. Judgment affirmed, with costs.

HOUGH CASH-RECORDER CO., Appellant, v. MOWRY, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the Hough Cash-Recorder Company against John S. Mowry. No opinion. Motion denied, with $10 costs. See 55 N. Y. Supp. 1141.

HOUSE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Sarah E. House against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See 50 N. Y. Supp. 434.

HOUSE v. HOUSE. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Hattie E. House against Stephen D. House. No opinion. Appeal dismissed.

HOWELL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Lizzie E. Howell against David T. Howell. No opinion. Order affirmed, with $10 costs and disbursements.

In re HURST et al. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) In the matter of the judicial settlement of the account of Lewis Hurst and Henry J. Johnson as executors, etc., of Henry Johnson, deceased. No opinion. Decree, so far as appealed from, affirmed, with $10 costs and disbursements, on the ground that, upon the evidence before him, the surrogate does not appear to have disregarded the requirements of section 2730 of the Code in apportioning the compensation of the executors.

HURST, Respondent, v. HURST, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by Mary Elizabeth Hurst against Alfred Thomas Hurst. No opinion. Appeal dismissed, with $10 costs.

INTERNATIONAL FOOD CO., Appellant, v. BICKERD, Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by the International Food Company against Elizabeth Bickerd. No opinion. Judgment affirmed, with costs.

JOHNSTON, Appellant, v. ROBINSON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by William Johnston against William P. Robinson and another. J. F. Harrison, for appellant. B. T. Beach, for respondents. No opinion. Judgment affirmed, with costs.

JONES, Respondent, v. MENKE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action